1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | D.C. NO. 2-11-CR-517 GEB |
| v. | APPLICATION FOR UNSEALING INDICTMENT |
| NICK DO, | |
| Defendant. | |

On December 8, 2011, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment and this case be unsealed.

DATED: December 23, 2011           Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:/s/ Matthew G. Morris
                                      MATTHEW G. MORRIS
                                      Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW G. MORRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )
                                )
12          Plaintiff,           )   NO. 2-11-CR-517 GEB
                                )
13     v.                        )   ORDER FOR UNSEALING
                                )   INDICTMENT
14  NICK DO,                     )
                                )
15          Defendant.           )
    _____)
16
17      The government's request to unseal the indictment and this case
18  is GRANTED.
19  SO ORDERED:
20   Dated: December 23, 2011
21                                    _____
22                                    CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28
```