**FILED**
April 25, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>NICK DO,<br><br>        Defendant. | CASE NUMBER: 2:11-cr-00517 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Nick Do</u>; Case <u>2:11-cr-00517 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of <u>$25,000.00</u>; co-signed by defendant's parents Chau Do and Samantha Ngo

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    \_    (Other) <u>Pretrial Supervision/Conditions</u>; **defendant to be released to the custody of Pretrial Services on 5/3/2012 at 8:00 AM to be** <u>transported to The Effort residential treatment program.</u>

Issued at <u>Sacramento, CA</u> on <u>4/25/2012</u> at <u>2:50 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge