**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NICK DO,<br><br>　　　　　Defendant. | 2:11-CR-00517<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, May 18, 2012 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to July 20, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that Ms. Radekin needs additional time for review of discovery and other defense preparation. The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 20, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

1 preparation. It is further agreed and stipulated that the ends of justice served in granting the request
2 outweigh the best interests of the public and the defendant in a speedy trial.
3    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
4 IT IS SO STIPULATED
5 Dated: May 16, 2012    BENJAMIN WAGNER
                         United States Attorney

                         By:    /s/ Matthew Morris
                         MATTHEW MORRIS
                         Assistant United States Attorney

Dated: May 16, 2012            /s/ Erin J. Radekin
                         ERIN J. RADEKIN
                         Attorney for Defendant
                         NICK DO

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of May 18, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on July 20, 2012 at 9:00 a.m. The Court finds excludable time in this matter through July 20, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  May 17, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge