**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>NICK DO,<br><br>           Defendant. | 2:11-CR-00517<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, July 20, 2012 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to September 14, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that the defense has not yet completed review of all discovery and investigation. Further, the parties need time to engage in plea negotiations. The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 14, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

1  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
2  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
3  outweigh the best interests of the public and the defendant in a speedy trial.
4      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5  IT IS SO STIPULATED
6  Dated: July 18, 2012            BENJAMIN WAGNER
                                   United States Attorney
7
                                By:      /s/ Matthew Morris
8                                  MATTHEW MORRIS
                                   Assistant United States Attorney
9

10
   Dated: July 18, 2012                 /s/ Erin J. Radekin
11                                 ERIN J. RADEKIN
                                   Attorney for Defendant
12                                 NICK DO

13

14                              **ORDER**

15      For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
16  conference date of July 20, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for
17  status conference on September 14, 2012 at 9:00 a.m.  The Court finds excludable time in this matter
18  through September 14, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
19  continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
20  the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
21  request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
22  3161(h)(7)(A), (h)(7)(B)(iv).
23  IT IS SO ORDERED.
24  Dated:  July 18, 2012
25
26                                  _____
                                    GARLAND E. BURRELL, JR.
27                                  Senior United States District Judge
28