**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>NICK DO,<br><br>            Defendant. | Case No. 2:11-CR-00517<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**<br><br><br><br>Judge: Hon. Kendall J. Newman |

On April 25, 2012, Nick Do was ordered released on a $25,000 unsecured bond with the condition that he participate in the Effort residential drug treatment program, and, upon completion of the Effort, participate in a program of home confinement and electronic monitoring. *See* Docket No. 20.  The matter was again placed on calendar on July 30, 2012, to address the issue of where Mr. Do would reside upon his release from the Effort.  Since Mr. Do's release from the Effort, he had been residing with his parents, and has been on home confinement and electronic monitoring.

At this time the parties, with the full agreement of pretrial services, are requesting that the conditions that Mr. Do participate in the Effort (special condition 3), and that he participate in electronic monitoring (special condition 15), be removed.  All other conditions will remain in place and he will continue on pre-trial supervision.  Attached hereto are the new Amended Conditions of

-1-

Release as proposed by the pretrial services officer and the parties.

The parties and pretrial services feel that this action is appropriate at this time since Mr. Do has completed residential treatment at the Effort and has been fully compliant with all conditions of his release so far.  The Court is advised that attorney for the United States in this action, Assistant United States Attorney Matthew Morris, has been apprised of this request and provided with a copy of the attached amended conditions, and has indicated that he has no objection to such modifications to the conditions of Mr. Do's release.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: November 21, 2012                    BENJAMIN WAGNER
                                            United States Attorney

                                            By:      /s/ Matthew Morris
                                            MATTHEW MORRIS
                                            Assistant United States Attorney

Dated: November 21, 2012                         /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            NICK DO

## **ORDER**

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of Mr. Do's release are hereby modified  pursuant to 18 U.S.C. § 3145(a).  The new conditions of release are those set forth in Amended Conditions of Release attached to the parties' stipulation.

Dated:  November 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-2-