**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>NICK DO,<br><br>           Defendant. | 2:11-CR-00517<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, November 30, 2012 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to January 4, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that Ms. Radekin and Mr. Morris need additional time for plea negotiations, and Ms. Radekin needs to meet with her client to discuss any resolution.  The The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 4, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

1  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
2  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
3  outweigh the best interests of the public and the defendant in a speedy trial.
4         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5  IT IS SO STIPULATED
6  Dated: November 29, 2012                    BENJAMIN WAGNER
                                               United States Attorney
7
                                               By:      /s/ Matthew Morris
8                                                 MATTHEW MORRIS
                                                  Assistant United States Attorney
9

10
   Dated: November 29, 2012                          /s/ Erin J. Radekin
11                                             ERIN J. RADEKIN
                                               Attorney for Defendant
12                                             NICK DO

13

14                                          **ORDER**

15        For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
16 conference date of November 30, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is
17 set for status conference on January 4, 2013 at 9:00 a.m.  The Court finds excludable time in this
18 matter through January 4, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
19 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
20 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
21 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
22 3161(h)(7)(A), (h)(7)(B)(iv).
23 IT IS SO ORDERED.
24 Dated:  November 29, 2012
25
26                                             _____
                                               GARLAND E. BURRELL, JR.
27                                             Senior United States District Judge
28

-2-