**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>NICK DO,<br><br>        Defendant. | 2:11-CR-00517<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 4, 2013 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to February 1, 2013 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that the parties still have additional tasks to complete in the plea negotiations process. The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until February 1, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

1 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
2 outweigh the best interests of the public and the defendant in a speedy trial.
3      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
4 IT IS SO STIPULATED
5 Dated: January 3, 2013                              BENJAMIN WAGNER
                                                     United States Attorney
6
                                              By:      /s/ Matthew Morris
7                                                    MATTHEW MORRIS
                                                     Assistant United States Attorney
8

9
  Dated: January 3, 2013                               /s/ Erin J. Radekin
10                                                   ERIN J. RADEKIN
                                                     Attorney for Defendant
11                                                   NICK DO

12

13                                          **ORDER**

14      For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
15 conference date of January 4, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set
16 for status conference on February 1, 2013 at 9:00 a.m.  The Court finds excludable time in this matter
17 through February 1, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
18 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
19 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
20 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
21 3161(h)(7)(A), (h)(7)(B)(iv).
22 IT IS SO ORDERED.
23 Dated:  January 3, 2013
24
25                                           _____
                                             GARLAND E. BURRELL, JR.
26                                           Senior United States District Judge
27
28