**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>NICK DO,<br><br>          Defendant. | 2:11-CR-00517<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, March 1, 2013 at 9:00 a.m., in courtroom 10 in the above-captioned matter, and to continue the status conference to March 29, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that Ms. Radekin and Mr. Morris need additional time for plea negotiations, and Ms. Radekin needs to meet with her client to discuss any resolution. The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 29, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 28, 2013

        BENJAMIN WAGNER
        United States Attorney

By:     /s/ Matthew Morris
    MATTHEW MORRIS
    Assistant United States Attorney

Dated: February 28, 2013

    /s/ Erin J. Radekin
    ERIN J. RADEKIN
    Attorney for Defendant
    NICK DO

### **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of March 1, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on March 29, 2013 at 9:00 a.m. The Court finds excludable time in this matter through March 29, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: March 1, 2013

    GARLAND E. BURRELL, JR.
    Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28