**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>NICK DO,<br><br>         Defendant. | 2:11-CR-00517<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 19, 2013 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to May 10, 2013 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that the parties are still engaged in preparation of the plea agreement. The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until May 10, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

1  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
2  outweigh the best interests of the public and the defendant in a speedy trial.
3      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
4  IT IS SO STIPULATED
5  Dated: April 18, 2013　　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
6
　　　　　　　　　　　　　　　　　　　　　By:     /s/ Matthew Morris
7  　　　　　　　　　　　　　　　　　　　　　MATTHEW MORRIS
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
8

9  Dated: April 18, 2013　　　　　　　　　　　     /s/ Erin J. Radekin
10 　　　　　　　　　　　　　　　　　　　　　ERIN J. RADEKIN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
11 　　　　　　　　　　　　　　　　　　　　　NICK DO

12

13 　　　　　　　　　　　　　　　**ORDER**

14 　　　　For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
15 conference date of April 19, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for
16 status conference on May 10, 2013 at 9:00 a.m.  The Court finds excludable time in this matter
17 through May 10, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of
18 counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons
19 stipulated by the parties, the Court finds that the interest of justice served by granting the request
20 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
21 3161(h)(7)(A), (h)(7)(B)(iv).
22 IT IS SO ORDERED.

23 Dated:  April 18, 2013

24
25 　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
26 　　　　　　　　　　　　　　　　　　　　Senior United States District Judge
27
28