1   **ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
2   428 J Street, Suite 350
Sacramento, California 95814
3   Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5   NICK DO

6

7             **IN THE UNITED STATES DISTRICT COURT**

8            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,

11           Plaintiff,        **2:11-CR-00517**

12  v.

13                       **STIPULATION AND [PROPOSED] ORDER**
NICK DO,               **TO CONTINUE STATUS CONFERENCE**
14
          Defendant.
15

16

17

18                         **STIPULATION**

19        Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin,

21  agree and stipulate to vacate the date set for status conference, May 10, 2013 at 9:00 a.m., in the

22  above-captioned matter, and to continue the status conference to June 7, 2013 at 9:00 a.m. in the

23  courtroom of the Honorable Garland E. Burrell.

24        The reason for this request is that the parties are still engaged in discussions concerning the

25  terms of the plea agreement.  Also, Mr. Morris has been in trial.  The Court is advised that Mr. Morris

26  concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

27        The parties further agree and stipulate that the time period from the filing of this stipulation

28  until June 7, 2013 should be excluded in computing time for commencement of trial under the Speedy

Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4,

to allow continuity of counsel and to allow reasonable time necessary for effective defense

1  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

2  outweigh the best interests of the public and the defendant in a speedy trial.

3        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

4  IT IS SO STIPULATED

5  Dated: May 9, 2013                             BENJAMIN WAGNER
                                            United States Attorney

6
                                  By:_____/s/ Matthew Morris_____

7                                    MATTHEW MORRIS
                                  Assistant United States Attorney

8

9
10 Dated: May 9, 2013                            _____/s/ Erin J. Radekin_____
                                  ERIN J. RADEKIN
                                  Attorney for Defendant

11                                   NICK DO

12

13                               **ORDER**

14       For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

15 conference date of May 10, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for

16 status conference on June 7, 2013 at 9:00 a.m.  The Court finds excludable time in this matter through

17 June 7, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel

18 and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated

19 by the parties, the Court finds that the interest of justice served by granting the request outweigh the

20 best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A),

21 (h)(7)(B)(iv).

22 IT IS SO ORDERED.

23 Dated:  May 10, 2013

24

25 _____

26 GARLAND E. BURRELL, JR.
    Senior United States District Judge

27

28

-2-