1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  NICK DO

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10 | UNITED STATES OF AMERICA,           2:11-CR-00517

11 |         Plaintiff,

12 | v.

13 | NICK DO,                            **STIPULATION AND [PROPOSED] ORDER
                                         TO CONTINUE STATUS CONFERENCE**
14 |         Defendant.

15

16

17
                                **STIPULATION**
18
   Plaintiff, United States of America, by and through its counsel, Assistant United States
19
Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin,
20
agree and stipulate to vacate the date set for status conference, June 7, 2013 at 9:00 a.m., in the above-
21
captioned matter, and to continue the status conference to June 21, 2013 at 9:00 a.m. in the courtroom
22
of the Honorable Garland E. Burrell.
23
   The reason for this request is that the parties still have one remaining issue that must be
24
resolved prior to finalizing the plea agreement – the intended loss.  It is a complex issue, hence the
25
parties have decided to meet with the government investigators to discuss calculation of this number.
26
The parties contemplate that the meeting can take place next week and that, once the parties agree on
27
this number, the plea agreement can be finalized in time for entry of plea on June 21st.  The Court is
28
advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this
   stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until June 21, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: June 6, 2013                                BENJAMIN WAGNER
                                                   United States Attorney

                                                   By:      /s/ Matthew Morris
                                                   MATTHEW MORRIS
                                                   Assistant United States Attorney


Dated: June 6, 2013                                        /s/ Erin J. Radekin
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   NICK DO

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of June 7, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on June 21, 2013 at 9:00 a.m.  The Court finds excludable time in this matter through June 21, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  June 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge