**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00517 |
|---|---|
| Plaintiff, | |
| v. | |
| NICK DO, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| Defendant. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, June 21, 2013 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to July 19, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that the parties still have to meet to determine intended loss prior to finalizing the plea agreement.  Intended loss is a complex issue that is not easily determined from the discovery.  Both counsel have indicated they can meet this Friday to discuss this issue.  Thereafter the plea agreement must be drafted and Ms. Radekin must meet with Mr. Do to go over the plea agreement and prepare for entry of plea.   The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

until July 19, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: June 19, 2013                                BENJAMIN WAGNER
                                                   United States Attorney

                                                   By:      /s/ Matthew Morris
                                                   MATTHEW MORRIS
                                                   Assistant United States Attorney


Dated: June 19, 2013                                        /s/ Erin J. Radekin
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   NICK DO

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of June 21, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on July 19, 2013 at 9:00 a.m. The Court finds excludable time in this matter through July 19, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: June 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge