**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00517 |
|---|---|
| Plaintiff, | |
| v. | |
| NICK DO, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 9, 2013 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to September 13, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is as follows: the parties have been engaging in plea negotiations and have had a meeting to discuss intended loss, which is a complex issue in this case. At the meeting, the government provided additional discovery. Ms. Radekin has not reviewed all of the new discovery yet, as she has been out of the office frequently in the last three weeks due to an unexpected medical issue. Ms. Radekin is back to working full time, but she needs additional time to complete review of the new discovery, discuss the discovery with her client, and engage in further discussions and negotiations with the government. The Court is advised that Mr. Morris concurs with this request

1 and has authorized Ms. Radekin to sign this stipulation on his behalf.

2  The parties further agree and stipulate that the time period from the filing of this stipulation
3 until September 13, 2013 should be excluded in computing time for commencement of trial under the
4 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
5 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
6 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
7 outweigh the best interests of the public and the defendant in a speedy trial.

8  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9 IT IS SO STIPULATED

10 Dated: August 8, 2013                                        BENJAMIN WAGNER
                                                               United States Attorney
11
                                                         By:      /s/ Matthew Morris
12                                                             MATTHEW MORRIS
                                                               Assistant United States Attorney
13
Dated: August 8, 2013                                             /s/ Erin J. Radekin
14                                                             ERIN J. RADEKIN
                                                               Attorney for Defendant
15                                                             NICK DO

16                                              **ORDER**

17  For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
18 conference date of August 9, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set
19 for status conference on September 13, 2013 at 9:00 a.m.  The Court finds excludable time in this
20 matter through September 13, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
21 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
22 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
23 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
24 3161(h)(7)(A), (h)(7)(B)(iv).

25 Dated:  August 9, 2013

26

27                                        _____
                                          GARLAND E. BURRELL, JR.
28                                        Senior United States District Judge

-2-