**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>NICK DO,<br><br>               Defendant. | 2:11-CR-00517<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 25, 2013 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to November 15, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that the parties are still working on resolving intended loss, an essential term in the guideline calculation. Calculation of intended loss is a complex issue in this case. Mr. Do is prepared to enter a guilty plea; however, intended loss is the sole remaining issue the parties need to resolve. The parties thus need additional time to engage in further investigation, discovery, and discussion concerning intended loss. The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

1  until November 15, 2013 should be excluded in computing time for commencement of trial under the
2  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
3  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
4  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
5  outweigh the best interests of the public and the defendant in a speedy trial.

6       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7  IT IS SO STIPULATED

8  Dated: October 24, 2013                   BENJAMIN WAGNER
                                        United States Attorney
9
                                        By:    /s/ Matthew Morris
10                                         MATTHEW MORRIS
                                        Assistant United States Attorney
11

12 Dated: October 24, 2013                           /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
13                                         Attorney for Defendant
                                        NICK DO
14
                                    **ORDER**
15
16      For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
conference date of October 25, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set
17
for status conference on November 15, 2013 at 9:00 a.m.  The Court finds excludable time in this
18
matter through November 15, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
19
continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
20
the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
21
request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
22
3161(h)(7)(A), (h)(7)(B)(iv).
23
IT IS SO ORDERED.
24
25 Dated:  October 25, 2013

26
27                                         GARLAND E. BURRELL, JR.
                                        Senior United States District Judge
28