```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO
```

IN THE  UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| Plaintiff, | JUDGMENT AND SENTENCING |
| v. | 2:11-CR-00517 GEB |
| NICK DO, | |
| Defendant. | |

_____

    The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the judgment and sentencing date currently scheduled for July 11, 2014 at 09:00 a.m. in Courtroom 10 should be vacated and continued to August 29, 2014 at 9:00 a.m. Defense counsel's office has contacted U.S. Probation Officer Lynda Moore and she has no objection to this continuance.

    The parties request that the court ado npt the following schedule pertaining to the presentence report:

    Judgment and Sentencing Date:                     8/29/2014

    Reply, or Statement of Non-Opposition:             8/22/2014

    Motion for Correction of the Presentence Report

    shall be filed with the Court and served on the

    Probation Officer and opposing counsel no

    later than:                                               8/15/2014

```
 1        The Presentence Report shall be filed with the
 2        Court and disclosed to counsel no later than:        8/8/2014
 3
 4        Counsel's written objections to the Presentence
 5        Report shall be delivered to the Probation Officer
 6        and opposing counsel no later than:                  8/1/2014
 7
 8        The proposed Presentence Report shall be disclosed
 9        to counsel no later than:                            7/18/2012
```

Dated: July 8, 2014                                         /s/ Matthew Morris
                                                    MATTHEW MORRIS
                                                    Assistant U.S. Attorney

Dated: July 8, 2014                                         /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
                                                    Attorney for Nick Do

_____

   IT IS SO ORDERED.

Dated:  July 10, 2014


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Order - 2