ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00517 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE SENTENCING AND MODIFY |
| v. | ) | SCHEDULE OF DISCLOSURE |
| | ) | |
| NICK DO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, August 29, 2014 at 09:00 a.m. and continue judgment and sentencing to October 3, 2014 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to pre-sentence report ("PSR"):

Informal objections to PSR        September 5, 2014

Final PSR                          September 12, 2014

Motion for correction of PSR      September 19, 2014

Government's reply                 September 26, 2014

Stipulation and Order - 1

This continuance is requested to allow the defense to complete investigation into the calculation of intended loss set forth in the PSR, which is different from the amount contemplated by the parties in the plea agreement.  Counsel and the United States Probation Officer assigned to this matter, Lynda Moore, have conferred about the proposed continuance and modification to the schedule of disclosure.  The Court is advised Mr. Morris and Ms. Moore have no opposition to the proposed dates set forth above, and Mr. Moore has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

```
Dated: August 12, 2014            BENJAMIN WAGNER
                                  United States Attorney

                                  By:    /s/ MATTHEW MORIS
                                       NIRAV DESAI
                                       Assistant United States Attorney


Dated: August 12, 2014             /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  NICK DO
```

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, August 29, 2014 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on October 3, 2014 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

Informal objections to PSR          September 5, 2014

| | | |
|---|---|---|
| 1 | Final PSR | September 12, 2014 |
| 2 | Motion for correction of PSR | September 19, 2014 |
| 3 | Government's reply | September 26, 2014 |

IT IS SO ORDERED.

Dated:  August 12, 2014

>	_____
> GARLAND E. BURRELL, JR.
> Senior United States District Judge