ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00517 |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE SENTENCING AND |
| v. | ) | MODIFY SCHEDULE OF DISCLOSURE |
| | ) | |
| NICK DO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

   Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, October 3, 2014 at 09:00 a.m. and continue judgment and sentencing to November 7, 2014 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

   In addition, the parties stipulate to the following modification to the schedule of disclosure relating to pre-sentence report ("PSR"):

   Informal objections to PSR        October 10, 2014

   Final PSR                         October 17, 2014

   Motion for correction of PSR      October 24, 2014

   Government's reply                October 31, 2014

Stipulation and Order - 1

This continuance is requested to allow the defense to complete its assessment of the intended loss calculation set forth in the PSR, which is higher than that contemplated by the parties in the plea agreement. This issue is complex and has a significant impact on Mr. Do's eventual sentence. Mr. Morris, Ms. Radekin and the United States Probation Officer assigned to this matter, Lynda Moore, have conferred about the proposed continuance and modification to the schedule of disclosure.  The Court is advised Mr. Morris and Ms. Moore have no opposition to the proposed dates set forth above, and Mr. Moore has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: September 23, 2014                BENJAMIN WAGNER
                                         United States Attorney

                                         By:   /s/ MATTHEW MORRIS
                                               MATTHEW MORRIS
                                               Assistant United States Attorney


Dated: September 23, 2014         /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  NICK DO


                              ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, October 3, 2014 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on November 7, 2014 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | | |
|---|---|---|
| 1 | Informal objections to PSR | October 10, 2014 |
| 2 | Final PSR | October 17, 2014 |
| 3 | Motion for correction of PSR | October 24, 2014 |
| 4 | Government's reply | October 31, 2014 |

IT IS SO ORDERED.

Dated:  September 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge