BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICK DO,<br><br>　　　　Defendant. | 2:11-CR-00517-GEB<br><br>ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |

　　　　The Preliminary Order of Forfeiture entered January 10, 2014, is hereby made final as to defendant Nick Do and shall be incorporated into the Judgment in a Criminal Case filed November 21, 2014.

　　　　SO ORDERED.

Dated:  November 24, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

Order to Incorporate Preliminary
Order of Forfeiture into Judgment