HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-517 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISPOSITION HEARING** |
| vs. | |
| NICK DO, | Date: June 1, 2018<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Owen Roth, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Nick Do**, that the disposition hearing scheduled for June 1, 2018 may be vacated and continued to June 15, 2018 at 9:00 a.m.** The Probation Officer does not object to this continuance.

The reason for the continuance is due to the unavailability of counsel for Mr. Do on June 1, 2018. Because the pending petition alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

///

Stipulation and [Proposed] Order to Continue
Admit/Deny Hearing

-1-

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: May 31, 2018 | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>NICK DO |
| | Date: May 31, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Owen Roth*<br>OWEN ROTH<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Do's disposition hearing set for June 1, 2018 is continued to June 15, 2018, at 9:00 a.m. before Honorable Garland E. Burrell, Jr.

IT IS SO ORDERED.

Dated: May 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge