HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-517 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO CONTINUE DISPOSITION HEARING** |
| vs. | ) | |
| | ) | |
| NICK DO, | ) | Date: June 15, 2018 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney, through Owen Roth, Assistant United States Attorney, counsel for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel

for Nick Do**, that the disposition hearing scheduled for June 15, 2018 may be vacated and**

**continued to June 22, 2018 at 9:00 a.m.** The Probation Officer does not object to this

continuance.

    The reason for the continuance is due to the unavailability of counsel for Mr. Do on June

1, 2018.  Because the pending petition alleges a violation of the conditions of supervised release,

the provisions of the Speedy Trial Act do not apply.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 11, 2018                    /s/  Jerome Price
                                       JEROME PRICE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       NICK DO


Date: June 11, 2018                    McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Owen Roth
                                       OWEN ROTH
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Do's disposition hearing set for June 15, 2018 is continued to June 22, 2018, at 9:00 a.m. before Honorable Garland E. Burrell, Jr.

IT IS SO ORDERED.

Dated: June 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge