| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN #282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>NICK DO |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-517 GEB | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISPOSITION HEARING** | |
| vs. | ) | | |
| NICK DO, | ) | Date: June 22, 2018<br>Time: 9:00 a.m. | |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Owen Roth, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Nick Do**, that the disposition hearing scheduled for June 22, 2018 may be vacated and continued to July 6, 2018 at 9:00 a.m.** The Probation Officer does not object to this continuance.

The reason for the continuance is because defense counsel is awaiting additional documents regarding Mr. Do's case. The pending petition alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

///

Stipulation and [Proposed] Order to Continue
Admit/Deny Hearing

-1-

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: June 21, 2018 | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>NICK DO |
| | Date: June 21, 2018 | McGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Owen Roth*<br>OWEN ROTH<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Do's disposition hearing set for June 22, 2018 is continued to July 6, 2018, at 9:00 a.m. before Honorable Garland E. Burrell, Jr.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge